Decided November 16, 2000

---

### STATE OF CONNECTICUT *v.* TROY LEWIS

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 219 (AC 18635), is denied.

*Pamela S. Nagy*, special public defender, in support of the petition.

*Susann E. Gill*, senior assistant state's attorney, in opposition.

Decided November 16, 2000